Virginia E. Wolf and Frank J. Wolf, Plaintiffs-Appellees, v. Greek-American Realty Company, Inc., a Corporation, Defendant-Appellant.

Gen. No. 48,862.

First District, Third Division.
March 27, 1963.

Irving Break-
stone, of Chicago, for appellant; Catherine C. Anagnost and
Gerald M. Chapman, of Anagnost & Anagnost and Associates, of
Chicago, for appellees. Opinion by JUSTICE McCORMICK.
Not to be published in full.